# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LIAM GAYNOR,**

        **Plaintiff,**

**-vs-**                                                              Case No. 6:11-cv-456-Orl-19DAB

**SUPERIOR SHEDS, INC.,**

        **Defendant.**

_____

## ORDER

The parties represent that they have settled this Fair Labor Standards Act case (Doc. No. 19), and the District Court has referred the matter for a Report and Recommendation as to whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues (Doc. No. 20). The parties are therefore **ORDERED** to file **by Friday, JUNE 10, 2011,** all documents necessary for the Court to perform the required review, including evidence of the amount claimed by Plaintiff, the terms of the settlement, grounds for the compromise of Plaintiff's claim, and evidence as to the reasonableness of any attorney's fees and costs.[1]

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 20, 2011.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] To the extent the settlement reflects that Plaintiff's claim was compromised in any way, the parties shall file *evidence* as to the amount of hours of attorney time claimed and a reasonable rate for said time.